**STATE OF RHODE ISLAND** **SUPERIOR COURT**
**PROVIDENCE, SC.**

| | | |
|---|---|---|
| **ROBERT L. OLIVER, Jr.** <br> **PLAINTIFF** <br><br> **VS.** <br> **John Lema, Keith Mederios, the Town Of Bristol Department of Police** <br> **Defendants** | : | **C.A. NO. 05-** 1774 |

**VERIFIED COMPLAINT**

1. Plaintiff is Robert L. Oliver, Jr. (hereinafter "Oliver") is a resident of 56 Naomi Street, Bristol, Rhode Island.

2. The Defendant, John Lema, a former Bristol Policeman, resides on Peckham Place in Bristol, Rhode Island; and, the Defendant, Keith Mederios, a Bristol Policeman, resides on 13 Bourne Street, in Bristol R.I.

3. The Defendant, the Town of Bristol Police Department, is being sued in its official capacity and as the employer of Defendants Keith Mederios ("Mederios") and John Lema ("Lema") on April 10, 2002, and as the entity responsible for making reasonable accommodations for handicapped persons.

4. Defendant, Keith Medeiros, being sued in his capacity as a police officer of Bristol Police Department, and in his capacity as an individual, acting under color of law.

5. Defendant, John Lema, is being sued in his capacity as a police officer of Bristol Police Department, and in his capacity as an individual, acting under color of law.

FILED
HENRY S. KINCH JR., CLERK
2005 APR -8 A 9:04

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island
128293

6. This Court has jurisdiction over these matters pursuant, inter alia, to R.I. G. L, §8-2-13, to R.I.G.L. §8-2- 14, pursuant to the provisions of R.I.G.L.§ 42-87-4 and R.I.G.L. § 42-112-2, pursuant to Articles I, §2, of the R.I. State Constitution, and, pursuant to the concurrent jurisdiction of this Honorable Court with the Courts of the United States for actions under the provisions of 42 USC § 1983, 42 USC §1988, for violations of the Fourth and Fourteenth Amendments of the Constitution of the United States.

7. Plaintiff, Robert L. Oliver is a handicapped person protected by Federal and State statutory provisions for the protection of the handicapped and the handicap protections of Article II of the Rhode Island Constitution.

8. The legs of Plaintiff, Robert L. Oliver, have been deformed since birth. He was the poster child for the Easter Seal Campaign. He had four (4) operations attempting to correct deformities in his legs. He has metal pins in his legs. He has been on crutches since he was a child. Prior to April 10, 2002, Oliver, with the aid of braces and crutch was able to work and live a normal life. He also had asthma.

9. Prior to April 10, 2002, Oliver was driving a flat bed truck picking up automobiles and earning an income.

10. On or about April 10, 2002, Plaintiff was residing at 19 Roosevelt Drive, Bristol, Rhode Island.

11. At or about 7:30 p.m on April 10, 2002, Defendant Mederios and Defendant John Lema knocked on the door at 19 Roosevelt Drive in Bristol, Rhode Island.

A True Copy Attest:

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

12. Anna Oliver, the mother of the Plaintiff, answered the door. The Defendants asked for Robert Oliver. They said: "Tell him to step outside. We want to talk to him. "Mrs. Oliver said that Robert Oliver could not come to the door because he had taken the brace from his right leg. Defendant Mederios insisted that Robert Oliver come out side and began flagrantly pointing his flash light in Mrs. Oliver's eyes.

13. Neither of the Defendants, Mederios and Lema, displayed a warrant to enter the home of Robert Oliver. Neither Mederios nor Lema had a warrant to arrest Robert Oliver. Neither Mederios nor Lema had observed Robert Oliver commit any crime. Neither Mederios nor Lema read Robert Oliver his Miranda rights.

14. There were no exigent circumstances. Robert Oliver had been a life long resident of Bristol, Rhode Island, employed, and handicapped. It had no reason to flee. Oliver did not resist arrest on April 10, 2002.

15. After Defendants Lema and Mederios entered the house and were approaching the stairs to the dining room, Mrs. Oliver warned them about the dogs. Lema said: "I am not worried about the dogs. The dog should be worried about what I would do to them."

16. Defendants John Lema and Keith Mederios then approached without comment Robert Oliver from his back, lifted him and cuffed him by placing his arms behind his back, and started to drag him from the house by pulling him by the chain on the handcuffs down the stairs. Oliver asked to have the handcuffs placed in front of his body and loosen. Defendant then said: "I am

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

going to do to you what you did to Van Rensselaer." Mrs. Oliver said: "Be careful of his legs." Defendant Mederios said, as he was dragging Robert Oliver by the handcuffs: "Shut up lady, or I will arrest you." Plaintiff Oliver was unable to stand, and Defendants Mederios and Lema continued to drag Oliver down the outside stairs of his house.

17. As Lema and Mederios dragged Robert L. Oliver down the inside stairs of the house, they broke the rod that was used to keep the hold the rug down.

18. While dragging Oliver over the cement walk, Lema said: "I am going to charge this son of bitch for disorderly conduct too."

19. Mederios and Lema then lifted Oliver by the chain behind his back and by his legs and carried him approximately 200 feet to their police cruiser which was parked on ruman Court.

20. As John Lema dragged and carried Robert Oliver to the Police Cruiser, he called several times by the name "Crutches" and other defamatory names.

21. Lema then banged the head of Oliver against the cruiser, causing his headr to swell.

22. Lema and Mederios then tried to stuff Oliver into the back of their police cruiser without lifting his incapacited legs. A bystander then aided Oliver by lifting his legs into the cruiser.

23. John Lema then drove out of the cul de sac at high speed around a corner throwing Robert L. Oliver against the window of the police cruiser, hitting his head while cuffed behind him, and without a seat belt.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

24. As Lema and Mederios attempted to finger print Robert L. Oliver, Oliver complained that his legs were "killing him" and his hands were hurting him from the overly tighten handcuffs. Mederios and Lema nevertheless forced Oliver to continue to stand for the finger printing.

25. When Robert Oliver was at the Bristol Police Station calling his mother for bail, Patrolman James Motta told Oliver that if he did not hang up that phone I am going to re-arrest you for calling his mother at 19 Roosevelt Drive.

26. Plaintiff Robert Oliver then was transported to R.I. Adult Correctional Institution (ACI) where he was placed in the ACI hospital for bruised hand, the bump on his head, injuries to his legs, and for breathing problems.

27. Defendants Mederios and Lema used excessive force and brutality to torture to arrest Plaintiff Robert Oliver in violations of his State and Constitutional rights, as otherwise, secured by 42 U.S.C, 1983, and in violation by the provisions of R.I.G.L.§ 42-87-4 and R.I.G.L. § 42-112-2, and, thus caused damages to the Plaintiff on April 10, 2002.

28. Defendants assaulted and battered the Plaintiff causing damages to the Plaintiff on April 10, 2002.

29. Defendant Town of Bristol failed to train and supervise Defendants Mederios and Lema in the proper methods for handling a handicapped person, who was arrested, such at the Plaintiff, Robert Oliver causing damages.

30. Defendant Town of Bristol failed to make reasonable accommodations, for arrested handicapped person, such as Robert E. Oliver, to wit, by failing to

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

provide a handicapped van for handicapped arrestees, and, otherwise causing damages to the Plaintiff, causing damages to the Plaintiff.

31. As a consequence of the wrongful actions and bias of the Defendant John Lema and Keith Mederios against the handicapped status of Plaintiff, Robert Oliver, Robert Oliver, and as a consequence of the failure of the Town of Bristol to train and supervise Defendants Mederios and Leman in methods for handling arrested handicapped persons, and, as consequence of the failure of the Town of Bristol to make reasonable accommodations for arrested handicapped persons, i.e. a handicapped equipped van, and, due to the aforesaid described discriminatory actions against Robert Oliver, Plaintiff Robert Oliver suffered pain and suffering, personal embarrassment, emotional stress, temporary and personal injuries, loss of the ability to work, lost income since April 10, 2002, temporary and permanent disabilities, included, but not limited to the dislocation of bone in his leg, the dislocation of a pin in his leg, a temporary injury to his head and wrists.

32. As a direct and proximate result of the above mentioned unconstitutional and wrongful actions of Defendants, Plaintiff sustained severe temporary and permanent physical injuries, as otherwise described, causing Plaintiff great pain of body and anguish of mind, the loss of income, further temporary and future permanent disabilities, and other special damages, as future medical bills.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**WHEREFORE,** Plaintiff Robert L. Oliver demand judgments against Defendant John Lema, Defendant Keith Mederios, and, Defendant Town of Bristol, individually, severally, and jointly as follows:

i Award Compensatory Damages in an amount in excess of the jurisdiction of this Court;
ii Award Exemplary Damages;
iii Award Plaintiff reasonable Attorney Fees, pursuant to 42 U.S.C §1988;
iv Award costs; and
v Provide such other relief, which is just and equitable.

**Respectfully Submitted**
Robert L. Oliver
By his Attorney,

Keven A. McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Telephone
401 521-5820 Fax
April 7, 2005

Plaintiff demands Trial by Jury.

**Affidavits of Robert L. Oliver**

Now comes Robert L. Oliver of 56 Naomi Street, Bristol, Rhode Island, in his individual capacity, as Plaintiff in the entitled matter, being duly sworn, do hereby sayeth and depose as follows:

1. I am Robert L. Oliver, a resident and citizen of Bristol, Rhode Island.
2. I am the individual Plaintiff in the above entitled matter.
3. In my individual capacity, I have read each factual averment in the above entitled complaint.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

4. Based upon individual observations and personal knowledge, the averments contained therein, and the exhibits, attached here to, are true and accurate.

Robert L. Oliver

State of Rhode Island and Providence Plantations
County of Providence

On April 7, 2005, Robert L. Oliver known to me in his individual capacity, being duly sworn, did sayeth and depose as hereinbefore set forth.

Keven A. McKenna Notary Public
My Commission Expires 8/9/05

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island