**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ROBERT L. OLIVER, JR.,

*Plaintiff*

05 167T

V.

C.A. No. 04-
(R.I. Superior Court – PC05-1774)

JOHN LEMA, KEITH MEDERIOS,
THE TOWN OF BRISTOL
DEPARTMENT OF POLICE,

*Defendants*

PETITION FOR REMOVAL

**To:** ***The United States District Court for the District of Rhode Island***

1. Please take notice that the defendants, KEITH MEDERIOS, THE TOWN OF BRISTOL DEPARTMENT OF POLICE, specially appear and state that they are defendants in a civil action filed in the Providence County Superior Court entitled *Robert L. Oliver, Jr. v. John Lema, Keith Mederios, the Town of Bristol Department of Police, C.A. NO. 05-1774.* Certified copies of the record from the Providence County Superior Court are attached hereto as Exhibit A.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, the Summons and Complaint was served on or about April 11, 2005.

3. That the above described action, as stated in plaintiffs' complaint, is one of which this court has original jurisdiction pursuant to the provisions of 28 U.S.C. §1331 and is one which may be removed to this court by the defendants pursuant to the provisions of 28 U.S.C. §1441(a)-(d).



(2)

WHEREFORE, Defendants hereby specially appear and petition this Court for removal of the above captioned matter in accordance with 28 U.S.C. §1441(a)-(d).

Defendants,
By their attorney,

Marc DeSisto, Esq. #2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
(401) 272-9937 facsimile
E-Mail: marc@desistolaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within was mailed, postage prepaid on this 21st day of April, 2005 to:

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903
V.., Ltd.

# EXHIBIT A

1

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS PAGE 1
RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 04/11/2005
SUPERIOR COURT CIVIL INFORMATION SYSTEM

DOCKET EVENT LISTING

CASE NO.: PC2005 1774 TYPE PERSONAL INJURY
TITLE: ROBERT L OLIVER JR V JOHN LEMA
FILING DATE: 04-08-2005 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| LEMA,JOHN | DEF | Unknown,Attorney | AOR |
| MEDERIOS,KEITH | DEF | Unknown,Attorney | AOR |
| OLIVER,ROBERT JR | PLF | McKenna,Keven A | AOR |
| TOWN OF BRISTOL DEPT OF POLICE | BDF | Unknown,Attorney | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|
| LSB | 04-08-2005 | | | |

COMPLAINT FILED

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

2

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**

**ROBERT L. OLIVER, Jr.**
**PLAINTIFF**

**VS.**

**John Lema, Keith Mederios, the Town Of Bristol Department of Police**
**Defendants**

**C.A. NO. 05-1774**

## VERIFIED COMPLAINT

1. Plaintiff is Robert L. Oliver, Jr. (hereinafter "Oliver") is a resident of 56 Naomi Street, Bristol, Rhode Island.

2. The Defendant, John Lema, a former Bristol Policeman, resides on Peckham Place in Bristol, Rhode Island; and, the Defendant, Keith Mederios, a Bristol Policeman, resides on 13 Bourne Street, in Bristol R.I.

3. The Defendant, the Town of Bristol Police Department, is being sued in its official capacity and as the employer of Defendants Keith Mederios ("Mederios") and John Lema ("Lema") on April 10, 2002, and as the entity responsible for making reasonable accommodations for handicapped persons.

4. Defendant, Keith Medeiros, being sued in his capacity as a police officer of Bristol Police Department, and in his capacity as an individual, acting under color of law.

5. Defendant, John Lema, is being sued in his capacity as a police officer of Bristol Police Department, and in his capacity as an individual, acting under color of law.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

FILED
HENRY S. KINCH JR., CLERK
2005 APR -8 A 9:06



128293

6. This Court has jurisdiction over these matters pursuant, inter alia, to R.I. G. L, §8-2-13, to R.I.G.L. §8-2- 14, pursuant to the provisions of R.I.G.L.§ 42-87-4 and R.I.G.L. § 42-112-2, pursuant to Articles I, §2, of the R.I. State Constitution, and, pursuant to the concurrent jurisdiction of this Honorable Court with the Courts of the United States for actions under the provisions of 42 USC § 1983, 42 USC §1988, for violations of the Fourth and Fourteenth Amendments of the Constitution of the United States.

7. Plaintiff, Robert L. Oliver is a handicapped person protected by Federal and State statutory provisions for the protection of the handicapped and the handicap protections of Article II of the Rhode Island Constitution.

8. The legs of Plaintiff, Robert L. Oliver, have been deformed since birth. He was the poster child for the Easter Seal Campaign. He had four (4) operations attempting to correct deformities in his legs. He has metal pins in his legs. He has been on crutches since he was a child. Prior to April 10, 2002, Oliver, with the aid of braces and crutch was able to work and live a normal life. He also had asthma.

9. Prior to April 10, 2002, Oliver was driving a flat bed truck picking up automobiles and earning an income.

10. On or about April 10, 2002, Plaintiff was residing at 19 Roosevelt Drive, Bristol, Rhode Island.

11. At or about 7:30 p.m on April 10, 2002, Defendant Mederios and Defendant John Lema knocked on the door at 19 Roosevelt Drive in Bristol, Rhode Island.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

12. Anna Oliver, the mother of the Plaintiff, answered the door. The Defendants asked for Robert Oliver. They said: "Tell him to step outside. We want to talk to him. "Mrs. Oliver said that Robert Oliver could not come to the door because he had taken the brace from his right leg. Defendant Mederios insisted that Robert Oliver come out side and began flagrantly pointing his flash light in Mrs. Oliver's eyes.

13. Neither of the Defendants, Mederios and Lema, displayed a warrant to enter the home of Robert Oliver. Neither Mederios nor Lema had a warrant to arrest Robert Oliver. Neither Mederios nor Lema had observed Robert Oliver commit any crime. Neither Mederios nor Lema read Robert Oliver his Miranda rights.

14. There were no exigent circumstances. Robert Oliver had been a life long resident of Bristol, Rhode Island, employed, and handicapped. It had no reason to flee. Oliver did not resist arrest on April 10, 2002.

15. After Defendants Lema and Mederios entered the house and were approaching the stairs to the dining room, Mrs. Oliver warned them about the dogs. Lema said: "I am not worried about the dogs. The dog should be worried about what I would do to them."

16. Defendants John Lema and Keith Mederios then approached without comment Robert Oliver from his back, lifted him and cuffed him by placing his arms behind his back, and started to drag him from the house by pulling him by the chain on the handcuffs down the stairs. Oliver asked to have the handcuffs placed in front of his body and loosen. Defendant then said: "I am

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

going to do to you what you did to Van Rensselaer." Mrs. Oliver said: "Be careful of his legs." Defendant Mederios said, as he was dragging Robert Oliver by the handcuffs: "Shut up lady, or I will arrest you." Plaintiff Oliver was unable to stand, and Defendants Mederios and Lema continued to drag Oliver down the outside stairs of his house.

17. As Lema and Mederios dragged Robert L. Oliver down the inside stairs of the house, they broke the rod that was used to keep the hold the rug down.

18. While dragging Oliver over the cement walk, Lema said: "I am going to charge this son of bitch for disorderly conduct too."

19. Mederios and Lema then lifted Oliver by the chain behind his back and by his legs and carried him approximately 200 feet to their police cruiser which was parked on ruman Court.

20. As John Lema dragged and carried Robert Oliver to the Police Cruiser, he called several times by the name "Crutches" and other defamatory names.

21. Lema then banged the head of Oliver against the cruiser, causing his headr to swell.

22. Lema and Mederios then tried to stuff Oliver into the back of their police cruiser without lifting his incapacited legs. A bystander then aided Oliver by lifting his legs into the cruiser.

23. John Lema then drove out of the cul de sac at high speed around a corner throwing Robert L. Oliver against the window of the police cruiser, hitting his head while cuffed behind him, and without a seat belt.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

24. As Lema and Mederios attempted to finger print Robert L. Oliver, Oliver complained that his legs were "killing him" and his hands were hurting him from the overly tighten handcuffs. Mederios and Lema nevertheless forced Oliver to continue to stand for the finger printing.

25. When Robert Oliver was at the Bristol Police Station calling his mother for bail, Patrolman James Motta told Oliver that if he did not hang up that phone I am going to re-arrest you for calling his mother at 19 Roosevelt Drive.

26. Plaintiff Robert Oliver then was transported to R.I. Adult Correctional Institution (ACI) where he was placed in the ACI hospital for bruised hand, the bump on his head, injuries to his legs, and for breathing problems.

27. Defendants Mederios and Lema used excessive force and brutality to torture to arrest Plaintiff Robert Oliver in violations of his State and Constitutional rights, as otherwise, secured by 42 U.S.C, 1983, and in violation by the provisions of R.I.G.L.§ 42-87-4 and R.I.G.L. § 42-112-2, and, thus caused damages to the Plaintiff on April 10, 2002.

28. Defendants assaulted and battered the Plaintiff causing damages to the Plaintiff on April 10, 2002.

29. Defendant Town of Bristol failed to train and supervise Defendants Mederios and Lema in the proper methods for handling a handicapped person, who was arrested, such at the Plaintiff, Robert Oliver causing damages.

30. Defendant Town of Bristol failed to make reasonable accommodations for arrested handicapped person, such as Robert E. Oliver, to wit, by failing to

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

provide a handicapped van for handicapped arrestees, and, otherwise causing damages to the Plaintiff, causing damages to the Plaintiff.

31. As a consequence of the wrongful actions and bias of the Defendant John Lema and Keith Mederios against the handicapped status of Plaintiff, Robert Oliver, Robert Oliver, and as a consequence of the failure of the Town of Bristol to train and supervise Defendants Mederios and Leman in methods for handling arrested handicapped persons, and, as consequence of the failure of the Town of Bristol to make reasonable accommodations for arrested handicapped persons, i.e. a handicapped equipped van, and, due to the aforesaid described discriminatory actions against Robert Oliver, Plaintiff Robert Oliver suffered pain and suffering, personal embarrassment, emotional stress, temporary and personal injuries, loss of the ability to work, lost income since April 10, 2002, temporary and permanent disabilities, included, but not limited to the dislocation of bone in his leg, the dislocation of a pin in his leg, a temporary injury to his head and wrists.

32. As a direct and proximate result of the above mentioned unconstitutional and wrongful actions of Defendants, Plaintiff sustained severe temporary and permanent physical injuries, as otherwise described, causing Plaintiff great pain of body and anguish of mind, the loss of income, further temporary and future permanent disabilities, and other special damages, as future medical bills.

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**WHEREFORE,** Plaintiff Robert L. Oliver demand judgments against Defendant John Lema, Defendant Keith Mederios, and, Defendant Town of Bristol, individually, severally, and jointly as follows:

i Award Compensatory Damages in an amount in excess of the jurisdiction of this Court;
ii Award Exemplary Damages;
iii Award Plaintiff reasonable Attorney Fees, pursuant to 42 U.S.C §1988;
iv Award costs; and
v Provide such other relief, which is just and equitable.

**Respectfully Submitted**
Robert L. Oliver
By his Attorney,

Keven A. McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Telephone
401 521-5820 Fax
April 7, 2005

Plaintiff demands Trial by Jury.

**Affidavits of Robert L. Oliver**

Now comes Robert L. Oliver of 56 Naomi Street, Bristol, Rhode Island, in his individual capacity, as Plaintiff in the entitled matter, being duly sworn, do hereby sayeth and depose as follows:

1. I am Robert L. Oliver, a resident and citizen of Bristol, Rhode Island.
2. I am the individual Plaintiff in the above entitled matter.
3. In my individual capacity, I have read each factual averment in the above entitled complaint.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

4. Based upon individual observations and personal knowledge, the averments contained therein, and the exhibits, attached here to, are true and accurate.

Robert L. Oliver

State of Rhode Island and Providence Plantations
County of Providence

On April 7, 2005, Robert L. Oliver known to me in his individual capacity, being duly sworn, did sayeth and depose as hereinbefore set forth.

Keven A. McKenna Notary Public
My Commission Expires 8/9/05

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

3

# STATE OF RHODE ISLAND SUPERIOR COURT

## CIVIL CASE COVER SHEET

Case * (Filled in by Clerk's Office)

This form must be filed with each original document that comences a civil proceeding in the Clerk's Office. If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will then be transferred with other documents to the Superior Court.

PLAINTIFFS: Robert L. Cliver, JR

DEFENDANTS: John Loma
Keith Mederios
The Town of Bristol Police Department

NATURE OF PROCEEDING — Check the applicable case type under main categories listed below. (check one only)

**District Court Appeal** ☐ Yes (check type below)

☐ AGA Agency appeal
☐ ANT Anti-trust
☐ ASB Assault and battery
☐ BKA Book account
☐ CIC Criminal inj. compensation
☐ CLA Common law assignment
☐ CLL Common law lien
☐ CON Contract
☐ CNV Conversion
☐ CRC Criminal conversation
☑ CRJ Civil Rights Job Discrimination
☐ DEJ Declaratory judgment
☐ DIN Recovery of damages/insurance
☐ DOJ Debt on judgment
☐ DPC Denial of probate claim
☐ Other than above (specify type):

☐ DTP Deceptive trade practice
☐ EXT Excessive tax
☐ FOR Forfeiture
☐ FRJ Foreign Judgment
☐ IDV Personal inj./property dam-vehicle
☐ INR Injunctive relief
☐ IPL Interpleader
☐ LIB Libel/slander
☐ MLE Malpractice/legal
☐ MME Malpractice/medical
☐ MOT Malpractice/other
☐ PDM Property damage
☐ PDV Property damage / vehicle
☑ ~~PER Personal injury~~ KAM
☐ PIV Personal injury-vehicle
☐ PRL Product liabilty

☐ PRN Promissory note
☐ PRT Partition
☐ RIC Reinstate charter
☐ RLP Real property
☐ ROF Recovery of funds
☐ SAB Sexual abuse
☐ SPP Specific performance
☐ SXH Sexual harassment
☐ TAE Trespass and ejectment
☐ TCO Title clearing (other than tax title)
☐ TCT Trustee/appt convey title
☐ TRA Trustee/accounting
☐ UNM Uninsured motorist
☐ WOM Mandamus. Writ of
☐ WOR Replevin, Writ of
☐ WRD Wrongful death

MISCELLANEOUS PETITIONS

☐ AOD Assessment of damages
☐ AOS Trustee successor
☐ AOT Trustee / appointment of
☐ ARA Arbitration award
☐ CAR Arbitration /confirm
☐ CFC Confirm compromise
☐ CND Condemnation
☐ CNT Contempt
☐ DOC Dissolution of corp.
☐ DOT Trustee / declination of
☐ DSC Disclaimer
☐ Other than above (specify type):

☐ EDP End partnership
☐ FOC Forfeiture of charter
☐ FRR Forclosure of right redemption
☐ GJI Grand jury investigation
☐ HAC Habeas corpus
☐ LCN Level of community notification
☐ MAW Material witness
☐ MEL Mechanics lien
☐ OSW Out of state witness
☐ PCR Post conviction relief
☐ PFC Petition for constable
☐ PFI Petition for immunity

☐ PFR Petition for review
☐ PFS Perform surgery
☐ PIN Pet for inventory (wire tap)
☐ PTD Pet to take deposition
☐ PTE Petition to expunge
☐ R5A Rule 5A petition
☐ REC Receivership
☐ RTA Arbitration referral
☐ SVP Sexually violent predator petition
☐ TCL Title clearing (tax title)
☐ TLF Foreclosure / tax lien
☐ VAR Arbitration / vacate

PROBATE APPEALS

☐ WIL Will
☐ TRS Trust
☐ GRD Guardianship
☐ NAC Name change
☐ Other than above (specify type):

Is this a case that may require a trial for resolution? ☑ Yes ☐ No If yes: ☐ Jury ☐ Non-jury

( Attorney name and Registration # KEVAN A. McKENNA #5068 (Date)

Pro se/Name ____________________

True Copy Attest [signature] Office of Clerk of Superior Court Counties of Providence & Bristol

FILED 2005 APR -6 A 9:02