UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERT L. OLIVER, JR.,<br>*Plaintiff,*<br>vs.<br>JOHN LEMA, KEITH MEDERIOS, THE TOWN OF BRISTOL DEPARTMENT OF POLICE,<br>*Defendants.* | C.A. No. 05-167T |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esquire (#2757), hereby enter my appearance in the above-captioned matter on behalf of the defendants, Keith Mederios and The Town of Bristol Department of Police.

Defendants,
By their Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
(401) 272-9937 facsimile
marc@desistolaw.com

③

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 21st day of April, 2005, to the following:

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903

[signature]