UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT L. OLIVER, JR.,

*Plaintiff,*

vs.

John Lema, Keith Mederios, the Town of Bristol Department of Police,

*Defendants.*

C.A. No.: 05-167T

**ANSWER ON BEHALF OF DEFENDANTS, KEITH MEDERIOS AND THE TOWN OF BRISTOL DEPARTMENT OF POLICE**

Now come the defendants, Keith Mederios and the Town of Bristol Department of Police and answer the plaintiff's complaint as follows:

1. These Defendants admit the allegations contained in paragraphs 1, 4, 5, 10 and 11 of the Plaintiff's Complaint.

2. These Defendants admit the allegations contained in paragraph 2 to the extent that the Defendant, Keith Mederios, a Bristol Policeman, resides on 13 Bourne Street, in Bristol and John Lema is a former Bristol Policeman, and deny the remaining allegations.

3. These Defendants make no response to the allegations contained in paragraphs 3, 6, 7, 8 and 9 of the Plaintiff's Complaint and leave Plaintiff to his proof of same.

4. These Defendants deny the allegations contained in paragraphs 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31 and 32 of the Plaintiff's Complaint.



4

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE

These Defendants plead absolute and qualified immunity as a bar to the within complaint.

SECOND AFFIRMATIVE DEFENSE

These Defendants plead all common law and statutory immunity as a bar to the within complaint.

THIRD AFFIRMATIVE DEFENSE

These Defendants plead the public duty doctrine as a bar to the within complaint.

FOURTH AFFIRMATIVE DEFENSE

These Defendants plead the statutory cap on damages as a bar and restriction on some of the counts in the complaint.

FIFTH AFFIRMATIVE DEFENSE

These Defendants plead the statute of limitations as a bar to the within complaint.

SIXTH AFFIRMATIVE DEFENSE

These Defendants plead that the claims against these defendants are barred, in whole or in part, because the alleged injuries and damages, if any, were proximately caused by their own negligence or wrongdoing.

SEVENTH AFFIRMATIVE DEFENSE

These Defendants plead failure to state a cause of action against the named defendants in their individual capacities.

EIGHTH AFFIRMATIVE DEFENSE

These defendants hereby plead insufficient service of process as a bar to the within complaint.

NINTH AFFIRMATIVE DEFENSE

These defendants hereby plead immunity under Title 12, Chapter 29, Domestic Violence Prevention Act, *R.I. Gen. Laws 12-29-3 (2004).*

TENTH AFFIRMATIVE DEFENSE

These defendants hereby plead failure to name a proper party.

**These Defendants demand trial by jury.**

Defendants,
By their attorneys,

Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 21st day of April, 2005, to:

Kevin A. McKenna
23 Acorn Street
Providence, RI 02903

Laura Sary