**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROBERT OLIVER, JR.,** | : | |
| | : | |
| **v.** | : | |
| | : | **C. A. No: 05 167 T** |
| **JOHN LEMA, KEITH MEDERIOS,** | : | |
| **THE TOWN OF BRISTOL** | : | |
| **DEPARTMENT OF POLICE** | : | |

**ENTRY OF APPEARANCE**

The undersigned Counsel hereby enters his appearance on behalf of the Plaintiff.

Respectfully submitted
Plaintiff
By his Attorney,

Keven A. McKenna, Esquire
KEVEN A. MCKENNA, P.C.
23 Acorn Street
Providence, RI 02903
(401) 273-8200

CERTIFICATION

I hereby certify that on May 9, 2005, I mailed a true and exact copy of the within to Marc Desisto, 211 Angell Street, Providence, RI 02903.

5