UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT L. OLIVER, JR.,

*Plaintiff,*

vs.

JOHN LEMA, KEITH MEDERIOS,
THE TOWN OF BRISTOL
DEPARTMENT OF POLICE,

*Defendants.*

C.A. No. 05-167T

**ENTRY OF APPEARANCE**

I, Karen K. Corcoran, Esquire (#6877), hereby enter my appearance in the above-captioned matter on behalf of the defendants, Keith Mederios and The Town of Bristol Department of Police.

Defendants,
By their Attorneys,

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
(401) 272-9937 facsimile
karen@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 1st day of September, 2005, to the following:

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903