**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Robert L. Oliver** | : | |
| **Plaintiff** | : | |
| **Vs.** | : | **C.A. NO. 05-167T** |
| **John Lema, Keith Medieros,** | : | |
| **The Town Of Bristol Department** | : | |
| **of Police** | : | |
| **Defendants** | : | |
| | : | |

# NOTICE TO TAKE DEPOSITION

Please take notice that, pursuant to the Federal Rules of Civil Procedure, the Plaintiff in the above-captioned matter will take the deposition of Officer Keith Mederios, of Bristol Police Department. This examination, under oath and before a Notary Public is to take place on December 29, 2005, at 1:30 p.m., at the offices of Keven McKenna, Esq. 23 Acorn Street, Providence, RI 02903.

Plaintiff by his Attorney,

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903
(401) 273-8200

CERTIFICATION

I hereby certify that a true copy of the within Deposition notice was mailed, postage prepaid, on this 12th day of December, 2005 to Karen Corcoran, Esq., DESISTO LAW, 211 Angell Street, PO Box 2563, Providence, RI 02906.