UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT L. OLIVER, JR.,

*Plaintiff,*

vs.

JOHN LEMA, ET AL.,

*Defendants.*

C.A. No.: 05-167T

**FIRST AMENDED NOTICE TO TAKE DEPOSITION**

Please take notice that, pursuant to the Federal Rules of Civil Procedure, the Defendants in the above-captioned matter will take the deposition of **ANNA OLIVER,** on oral examination. This examination will continue from day to day until completed and will commence on **THURSDAY, FEBRUARY 9, 2006** at **9:30 A.M.,** at **Bristol Town Hall, 1st Floor Conference Room, 10 Court Street, Bristol, Rhode Island 02809-2208,** before a Notary Public commissioned in the State of Rhode Island.

Defendants,
By their Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

C.A. No. 05-167T

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within First Amended Notice to Take Deposition was mailed, postage prepaid, on this 17th day of January, 2006, to the following:

Kevin A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903
(401) 273-8200
(401) 521-5820 fax

Patricia Aloisio
Affiliated Court Reporters
20 Pine Top Road
Barrington, RI 02806