UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT L. OLIVER, JR.,

*Plaintiff,*

vs. C.A. No.: 05-167T

JOHN LEMA, KEITH MEDERIOS,
and the TOWN OF BRISTOL
DEPARTMENT OF POLICE,

*Defendants.*

**MOTION TO COMPEL MORE RESPONSIVE ANSWERS**

Now come Defendants in the above-captioned matter and hereby move to compel Plaintiff, Robert L. Oliver, Jr., to file more responsive answers to Defendants' First Request for Production of Documents, specifically, to Request Nos. 1, 2 and 4. Defendants hereby request a 30-day order compelling the production of the requested documents.

CERTIFICATION OF ATTORNEY

The movant has, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without Court action.

Marc DeSisto, Esq. (#2757)

C.A. No. 05-167T

Defendants,
By their Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Motion to Compel was mailed, postage prepaid, on this 9th day of February, to the following:

Kevin A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903
(401) 273-8200
(401) 521-5820 fax