**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Robert L. Oliver** | : | |
| **Plaintiff** | : | |
| **Vs.** | : | **C.A. NO. ~~04-167T~~** 05-167 T |
| **John Lema, Keith Medieros,** | : | |
| **The Town Of Bristol Department** | : | |
| **of Police** | : | |
| **Defendants** | : | |

PLAINTIFF'S MOTION TO BE ALLOWED TO SERVE DEFENDANT JOHN LEMA AT TRIAL OR COMPEL THE TOWN OF BRISTOL POLICE DEPARTMENT TO PROVIDE THE MASSACHUSETT ADDRESS OF DEFENDANT JOHN LEMA AND TO CONTINUE THE DATE OF JURY EMPANELMENT FOR THIRTY (30) DAYS.

Now comes the Plaintiff and moves that he be allowed to serve the Defendant John Lema at trial or in the alternative to compel the Defendant Town of Police Department to provide the Massachusetts address of the Defendant John Lema and to continue the empanelment of the jury for thirty days.

The Defendant, Town of Bristol Police Department, has indicated that it intends to offer Defendant John Lema of the Commonwealth of Massachusetts where he is now employed as a state trooper, as a witness on its behalf.

The Plaintiff has been unable to serve the Defendant, John Lema, because he lacks the home address in Massachusetts of Defendant, John Lema.

Plaintiff
Robert Oliver
By His Attorney

Keven A. McKenna

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street

Providence, RI 02903
401 273-8200 Tel.
401 521-5820 Fax.
KevenM@McKennalaw.cc

**CERTIFICATION**

I hereby certify that I mailed and emailed a true copy of the within to Marc DeSisto, Esq., DeSisto Law, 211 Angell Street, P.O. Box 2563, Providence, Rhode Island 02906-2563, on this 15 day of May, 2006.

Keven A McKenna