Entered: 04/10/2002 @ 2252 Entry ID: LEMJ
Modified: 04/11/2002 @ 0915 Modified ID: SERM
Approved: 04/10/2002 @ 2354 Approval ID: MOYC

On 04/10/02 at approximately 2044 hours Ptlm. Medeiros and I responded to 19 Roosevelt Dr. to locate Robert Oliver 11/25/54. Upon arrival police were met by Christopher Martin 06/18/82. I observed four dogs in the house. I requested to speak with Oliver outside. Martin notified Oliver police were at the door and wanted to speak with him. Oliver stated for police to come inside if they want to talk to him. I asked Oliver to come outside or put the dogs in another room. Oliver stated I'm not coming out there if you want to talk to me come inside. Martin placed the dogs in a bedroom and police entered the house. I informed Oliver he was under arrest for Domestic Felony Assault. I asked Oliver to stand up and place his hands behind his back. Oliver has a medical disorder that hampers his walking abilities. Oliver stood up and placed one hand behind his back. I placed one cuff on his right hand and reached for Oliver's left hand. Oliver continued to pull his left arm away from me. Ptlm. Medeiros and I gained control of Oliver's left hand and took Oliver into custody. Ptlm. Medeiros and I balanced Oliver under each of his arms. Oliver refused to walk and dropped to the ground. Oliver stated he was not going to walk unless police uncuffed him. At that point Ptlm. Medeiros and I lifted Oliver and carried him out of the house. Oliver's mother Anna Oliver became upset and was screaming at police. Ptlm. Medeiros and I carried Oliver from the kitchen down the front stairs, across the front yard and to police vehicle #103. Oliver refused to enter the rear seat of vehicle #103. Several attempts were made to place Oliver in the rear seat but due to his advanced disabilities, it was nearly impossible. At that point I removed Oliver's handcuffs and he sat in the rear of vehicle #103 with ease.

Oliver was transported to police hq were he was searched, processed and allowed to make a phone call. I notified Oliver his attorney called and gave Oliver the Attorney's phone number. Oliver called his mother.

Oliver is charged with Domestic Felony Assault.