COPY

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Robert L. Oliver** | : | |
| **Plaintiff** | : | |
| **Vs.** | : | **C.A. NO. 04-167T** |
| **John Lema, Keith Medieros,** | : | |
| **The Town Of Bristol Department** | : | |
| **of Police** | : | |
| **Defendants** | : | |
| | : | |

PLAINTIFF'S MOTION TO CONTINUE EMPANELMENT OF ITS JURY FOR THIRTY (30)DAYS.

Now comes the Plaintiff, and moves that this Honorable Court continue the empanelment of its jury for thirty (30) days.

As grounds for its motion, Plaintiff avers as follows:

Whether or not this Honorable Court grants its motion in Limine determines the length and nature of the trial and the witnesses to be presented by the Plaintiff.

Whether or not the Plaintiff is to provide material sought to establish damage and is able to respond to the Defendants request for such evidence is dependent upon the Defendant Bristol Police Department's willing to escort the Plaintiff's counsel to the home of Steven Van Rensellear to recover his records, as otherwise, provide by the terms of prior no contact state court order.

Whether or not Plaintiff is able to serve the Defendant, John Lema, before empanelment is dependent upon the Bristol Police Department providing the address of Lema who lives in Massachusetts, and whose address is known to them since the Defendants plan to call Lema as a witness.

Plaintiff
Robert Oliver
By His Attorney

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903

**DENIED**

Ernest C. Torres
**Chief, US District Judge**
5/23/06

401 273-8200 Tel.
401 521-5820 Fax.
KevenM@McKennalaw.cc

**CERTIFICATION**

I hereby certify that I mailed and emailed a true copy of the within to Marc DeSisto, Esq., DeSisto Law, 211 Angell Street, P.O. Box 2563, Providence, Rhode Island 02906-2563, on this 15 day of May, 2006.

Keven A McKenna
______________________