**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Robert L. Oliver** | : | |
| **Plaintiff** | : | |
| **Vs.** | : | **C.A. NO. 04-167T** |
| **John Lema, Keith Medieros,** | : | |
| **The Town Of Bristol Department** | : | |
| **of Police** | : | |
| **Defendants** | : | |
| | : | |

PLAINTIFF'S MOTION TO COMPEL THE DEFENDANT BRISTOL POLICE DEPARTMENT TO ESCORT HIM TO HIS FORMER HOME PURSUANT TO A STATE COURT NO CONDUCT ORDER TO RECOVER HIS PAST EMPLOYEMENT RECORDS TO ESTABLISHE DAMAGES.

Now comes the Plaintiff and moves that this Honorable Court to issue an order to compel the Bristol Police Department to escort him to his former residence to recover employment records sought by the Plaintiff and the Defendant to demonstrate proof of damages.

Pursuant to a prior no contact order issued by R.I. Courts, Plaintiff is only allowed to recover his personal property from his former residence if he is accompanied by the Defendant Police Department.

Both the Defendant and Plaintiff have requested such assistance. Plaintiff is being hindered in his presentation of damages and in his ability to respond to the request of the Defendants to produce those records for examination.

DENIED

Ernest C. Torres
Chief, US District Judge
5/24/06

Plaintiff
Robert Oliver
By His Attorney

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street

Providence, RI 02903
401 273-8200 Tel.
401 521-5820 Fax.
KevenM@McKennalaw.cc

**CERTIFICATION**

I hereby certify that I mailed and emailed a true copy of the within to Marc DeSisto, Esq., DeSisto Law, 211 Angell Street, P.O. Box 2563, Providence, Rhode Island 02906-2563, on this 15 day of May, 2006.