UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ROBERT L. OLIVER

v. CA No. 05-167-T

JOHN LEMA, KEITH MEDEIROS and
THE TOWN OF BRISTOL POLICE DEPARTMENT

**ORDER DENYING PLAINTIFF'S MOTION TO SERVE DEFENDANT JOHN LEMA AT TRIAL OR COMPEL THE TOWN OF BRISTOL POLICE DEPARTMENT TO PROVIDE THE ADDRESS OF DEFENDANT JOHN LEMA AND CONTINUE EMPANELMENT FOR THIRTY (30) DAYS**

For reasons stated in open court on May 16, 2006, with respect to plaintiff's motion to serve defendant John Lema at trial or compel the Town of Bristol Police Department to provide the address of defendant John Lema and continue empanelment, it is hereby ORDERED:

1. Unless John Lema either accepts service or authorizes attorney Marc DeSisto to accept service on his behalf no later than May 30, 2006, the Town of Bristol Police Department must provide plaintiff's counsel with its record of John Lema's address.

2. If the plaintiff is unable to effect service on John Lema and John Lema appears at the time of trial, the plaintiff may serve him then.

3. Otherwise, the plaintiff's motion is denied.

By Order

[signature]

Deputy Clerk

ENTER:

[signature]

Ernest C. Torres
Chief Judge

Date: May 25, 2006