**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ROBERT L. OLIVER

v. C.A. No. 05-167T

JOHN LEMA, et al.

## VERDICT FORM

WE, THE JURY, FIND: (Check one for each claim)

**Civil Rights Violation - Use of Excessive Force**

Claim Against John Lema

| | |
|---|---|
| For the Plaintiff, Robert L. Oliver | ______ |
| For the Defendant, John Lema | ✓ |

Claim Against Keith Medeiros

| | |
|---|---|
| For the Plaintiff, Robert L. Oliver | ______ |
| For the Defendant, Keith Medeiros | ✓ |

**Battery**

Claim Against John Lema

For the Plaintiff,
Robert L. Oliver ________

For the Defendant,
John Lema ✓

Claim Against Keith Medeiros

For the Plaintiff,
Robert L. Oliver ________

For the Defendant,
Keith Medeiros ✓

**Damages**

If you find for the Plaintiff, Robert L. Oliver, on any one or more of his claims, please state the amount of compensatory damages awarded, if any:

$ 0

Signature of foreperson: James O. [signature]

Date: June 8, 2006