AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

Robert Oliver V. John Lema, et al.

CASE NUMBER: CA05-167T

| PRESIDING JUDGE | PLAINTIFFS ATTORNEY | DEFENDANTS ATTORNEY |
|---|---|---|
| Ernest C. Torres | Kevin McKenna, Esq. | Marc DeSisto, Esq |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/6/06-6/8/06 | Karen Wischnowsky | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/6/06 | | | W-1 Russell S. Serpa |
| | A | 6/6/06 | X | FULL | Bristol, RI Police Department General Orders |
| | | 6/6/06 | | | W-2 Anna Oliver |
| | | 6/6/06 | | | W-3 Robert Oliver, Jr. |
| | | 6/6/06 | | | W-4 John Lema |
| | | 6/6/06 | | | W-5 Keith Medeiros |
| | | 6/7/06 | | | W-6 Dr. David Leibowitz |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.