# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ROBERT OLIVER

Plaintiff

vs. C.A. No. 05-167T

JOHN LEMA, KEITH MEDEIROS AND
THE TOWN OF BRISTOL DEPARTMENT OF POLICE

Defendants

## JUDGMENT

[ X ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

In accordance with the jury verdict and the granting of defendant Town of Bristol Department of Police's motion for judgment as a matter of law, judgment hereby enters in favor of defendants John Lema, Keith Medeiros and the Town of Bristol Department of Police and against plaintiff Robert Oliver as to all claims set forth in the complaint.

Enter:

Deputy Clerk

Dated: June 8, 2006